BRYAN SELLS
LAUGHLIN MCDONALD
American Civil Liberties Union Foundation, Inc.
2600 Marquis One Tower
245 Peachtree Center Avenue, NE
Atlanta, GA 30303
(404) 523-2721
(404) 653-0331 (fax)
bsells@aclu.org
lmcdonald@aclu.org

ELIZABETH L. GRIFFING
American Civil Liberties Union
     of Montana Foundation, Inc.
241 E. Alder, Ste. B
P.O. Box 9138
Missoula, MT 59802
(406) 830-3009
betsyg@aclumontana.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| STEVE KELLY and CLARICE DREYER, <br><br> Plaintiffs, <br><br> v. <br><br> BRAD JOHNSON, in his official capacity as Secretary of State of the State of Montana, <br><br> Defendant. | Civil Action No. CV-08-25-BU-SEH <br><br> **EXPEDITED CONSIDERATION REQUESTED** |

**PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, and for the reasons set forth in their brief, the plaintiffs respectfully move this Court for a preliminary injunction prohibiting defendant Brad Johnson, in his official capacity as Secretary of State, and all those persons in active concert or participation with him from enforcing Montana's ballot-access scheme for independent and minor-party candidates seeking to run for non-presidential offices in the November general election, requiring Johnson to place Plaintiff Steve Kelly's name on the ballot as an independent candidate for the United States Senate, and for such other relief as the Court deems equitable and just.

Opposing counsel has been contacted and objects to this motion.

Respectfully submitted,

/s/ Elizabeth L. Griffing
ELIZABETH L. GRIFFING
American Civil Liberties Union
    of Montana Foundation, Inc.
P.O. Box 9138
241 E. Alder, Ste B.
Missoula, MT 59801
(406) 830-3009
betsyg@aclumontana.org

/s/ Bryan Sells
BRYAN SELLS
LAUGHLIN McDONALD
American Civil Liberties Union
    Foundation, Inc.
Suite 1440
230 Peachtree Street, NW
Atlanta, GA 30303
(404) 523-2721
bsells@aclu.org

2