MIKE McGRATH
Montana Attorney General
CHRIS D. TWEETEN
Chief Civil Counsel
ANTHONY JOHNSTONE
Assistant Attorney General
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
Telephone: (406) 444-2026
Fax: (406) 444-3549

COUNSEL FOR DEFENDANT
SECRETARY OF STATE



FILED
SEP 19
PATRICK E. DUFFY CLERK
BY _____
Deputy Clerk

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| STEVE KELLY and CLARICE DREYER, | Cause No. CV-08-25-BU-SEH |
| Plaintiffs, | **STIPULATED FACTS** |
| v. | |
| BRAD JOHNSON, in his official capacity as Secretary of State of the State of Montana, | |
| Defendant. | |

1. In 2008, four parties have qualified as major parties on the ballot: the Constitution Party, the Democratic Party, the Libertarian Party, and the Republican Party.

2. Previously, other than the Democratic and Republican Parties, the following parties have met the major party qualifications in Montana since 1980:

| Party | Date Qualified | Qualification Expired | Type of Qualification? |
|---|---|---|---|
| American Party | 11/7/1972 | 1976 | Signatures, probably; the American Party had a Presidential candidate who received 13,430 votes in 1972, which qualified it for 1976. |
| Americanist | 1976 | 1976 | Signatures, probably; the Americanist Party had a Presidential candidate who received 5,772 votes in 1976. |
| Constitution Party | 3/17/2000<br><br>2004 Re-qualification<br><br>2006 Re-qualification | 2002<br><br>2006<br><br>N/A (Qualification Current) | By signatures (6391 in 34 districts)<br><br>By signatures (5707 in 35 districts)<br><br>By signatures (6299 in 34 districts)<br>By votes (Ron Marquardt-received 86,027 votes) |
| Green Party | 11/07/2000 | 11/02/2004 | By votes (Nader / LaDuke won 24,437 votes, more than the 5% [or 10,457 votes] needed) although signatures were also gathered.<br><br>In 2006, 264 certified signatures were collected, falling short of the 5% of the previous successful governor candidate electors needed. In 2002 and 2004 elections, Green party candidates did not receive enough votes to re-qualify the party. |
| Libertarian Party | 3/18/1982 | N/A (Qualification Current) | By signatures<br>Re-qualified by votes in 1982 and subsequent years.<br>Last re-qualified by votes in 2006 |
| Natural Law Party | 3/18/1996 | 11/02/2004 | 1996 Re-qualified by votes<br>2000 Re-qualified by votes<br>2004 Failed to re-qualify by votes in 2004 election |
| New Alliance Party | 9/18/1987 | 11/8/1988 | By signatures; failed to re-qualify by votes in 1988 election |
| Reform Party | 3/13/1996 | 11/02/2004 | 1996 Re-qualified by votes<br>2000 Re-qualified by votes<br>2004 Failed to re-qualify by votes in 2004 election |

3. In 2002, 2004, and 2006, William J. Nigro inquired as how to form the American Spring Kindness Nation Restoration Party but did not submit signatures.

4.     There are no Constitution Party or Libertarian Party candidates for the 2008 Montana U.S. Senate seat.

5.     Based on 5% of the combined votes for the last successful candidate in each office, the number of signatures required each election year for independent or minor party candidates has been:

|      | Governor    | US House Distr. #1 | US House Distr. #2 | U.S. Senate |
|------|-------------|--------------------|--------------------|-------------|
| 1982 | No election | 5644               | 4572               | 10312       |
| 1984 | 9979        | 5005               | 3999               | 8018        |
| 1986 | No election | 6350               | 5847               | No election |
| 1988 | 13329       | 4926               | 4228               | 8744        |
| 1990 | No election | 5764               | 4874               | 10786       |
| 1992 | 9530        | 9843               | No election        | No election |
| 1994 | No election | 10186              | No election        | 9743        |
| 1996 | 10471       | 8569               | No election        | 10879       |
| 1998 | No election | 10599              | No election        | No election |
| 2000 | 16039       | 8788               | No election        | 10928       |
| 2002 | No election | 10571              | No election        | 10097       |
| 2004 | 10457       | 10705              | No election        | No election |
| 2006 | No election | 14304              | No election        | 10405       |
| 2008 | 11251       | 11957              | No election        | 10243       |

6.     Any qualified elector residing within the state and district or political subdivision in which the officer or officers are to be elected may sign a petition for nomination.

7.     Montana law does not limit when independent or minor party candidates may begin to gather electors' signatures.

8.     A qualified elector may sign more than one petition for nomination.

9.     A qualified elector may vote in the party primary of his choice regardless of whether he signed one or more petitions for nomination for independent or minor party candidates.

10. Steve Kelly has run for the following offices:

| Position | Party | Nominated? | Primary Date | General Election Date |
|---|---|---|---|---|
| U.S. Representative | Independent | Qualified for General Ballot | n/a | 11/8/1994 |
| U.S. Representative | Democrat | Yes | 6/4/2002 | 11/5/2002 |
| Montana House District 64 | Democrat | No | 6/6/2006 | 11/7/2006 |

11. Steve Kelly served as coordinator of the Montana Green Party in 2007.

12. On April 21, 2007, Steve Kelly held the 2007 Montana Green Party Annual Meeting, and discussed a ballot access drive, a ballot initiative eliminating the signature requirement for small parties and independents to run for office, and candidates for the 2008 elections. (Exhibit 501, attached.)

13. On April 26, 2007, the Montana Green Party published on its website ballot access information containing instructions on petitioning for Green Party ballot access. (Exhibit 502, attached.)

14. The Montana Green Party did not turn in petitions for ballot access for the 2008 elections.

15. Steve Kelly did not contact, in person, by telephone, or by electronic message, any person in the Secretary of State's office or any county election official about a petition for nomination for any public office this year.

16. Steve Kelly did not submit a petition for nomination for any public office this year.

17. Clarice Dreyer is Steve Kelly's life and business partner.

18. In the 2006 election for Rosebud County Sheriff, two Democratic Party candidates filed for the primary (Pamela Ash and Randy C. Allies), and no Republican Party candidates filed for the primary. Instead, four independent candidates successfully petitioned to be on the ballot after the major party primary filing deadline, leading to the following general election result:

| Name | Party | Votes | Percentage |
|---|---|---|---|
| Randy C. Allies | Democrat | 2204 | 66.02% |
| Tyrone "Tiger" Stevenson | Independent | 271 | 8.12% |
| Darin Bixby | Independent | 228 | 6.83% |
| Arthur D. Walgren | Independent | 189 | 5.66% |
| John J. Grinsell | Independent | 446 | 13.36% |

Following the placement of four independent candidates on the ballot, Rosebud County introduced a resolution at the August 29, 2006 district Montana Association of Counties meeting to restore a unified filing deadline for all party and independent candidates.

19. Senate Bill 270 was introduced before the 2007 legislature by Lane Larson. SB 270 proposed to revise the filing deadline for independent and minor party candidates from the primary to the filing deadline for the primary. At the House State Admin Executive Action, Mar. 28, 2007, the House Sponsor Rep. Ingraham testified:

> This is one of those bills that's good. It is good, and if you remember the testimony what it does is it allows everybody to be on the same timeframe for filing so everybody know who step up to the plate and be in the election. So it gives them a good cutoff date so that you know what's happening so ah right now independents have several months like 'til May to do their filings so you never know quite who you are running against and how it's going. So this puts everybody in the same playing field. And the independents, for those that you know, are not party line, they are just people not aligned with a party and are just running for themselves. And

there is one thing that still exists. This does not exempt write-ins. There is always an opportunity for write-in candidates to file so this does not eliminate anyone who chooses to run later. They can file 15 [now 39] days before an election to run as a write-in. So this is dealing just with independents, and it really would be nice because people would know who's out there and who they can look to get behind and support so it is a good, it is a nice bill.

20. The Montana Association of Clerk and Recorders, Rosebud County, the Jefferson County Clerk and Recorder, the Montana Association of Counties, and the Secretary of State's office testified in favor of the bill. There were no opponents.

21. The bill passed out of the House and Senate committees unanimously. It passed the House 95-5 on March 31, 2007, and passed the Senate 49-1 on April 19, 2007.

22. That same session, several bill proposals sought to move the presidential primary up to February, March, April, or May. H.B. 797 (passed House 76-24); H.B. 841 (passed house 74-26).

23. Montana asserts the following interests in setting a uniform filing date for all party and independent candidates include the following: simplifying the timelines for candidates who wish to appear on the ballot; equalizing the timelines to level the playing field for all Montana candidates and eliminating a double-standard that was perceived as unfair to major-party candidates; reducing the administrative burden on busy election officials in the weeks before the primary to improve the quality of election administration for voters; providing sufficient time and staff to scrutinize petition signatures and avoid error or fraud; allowing for the investigation and judicial resolution of petition or other election challenges; requiring a modicum of community support early in the process; preventing voter confusion by limiting ballot access to serious candidates who can

demonstrate some level of political viability; lessening the likelihood of multiple independent candidates appearing on the ballot and diluting the will of the majority; preventing multiple potential major- or third-party candidates from waiting out the primary and appearing as last minute "independent" candidates; encouraging candidates aligned with major- or third-parties to appear on the ballot with those party designations to inform voters; encouraging independent and minor party candidates to reach out early to voters who do not have the benefit of the extended media coverage accorded to some major party candidates; and responding to increased early interest in politics during an election year with unprecedented early presidential primaries and caucuses, demonstrated by legislative interest in earlier primary dates and the Montana Republican Party's eventual choice of a February 5, 2008, nominating caucus.

Dated this 19th day of September, 2008.

MIKE McGRATH
Montana Attorney General
CHRIS TWEETEN
Chief Civil Counsel
ANTHONY JOHNSTONE
Assistant Attorney General
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401

By: _____
CHRIS D. TWEETEN
Chief Civil Counsel

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION, INC.
2600 Marquis One Tower
245 Peachtree Center Avenue, NE
Atlanta, GA 30303

By: _____
BRYAN SELLS

AMERICAN CIVIL LIBERTIES
UNION OF MONTANA
FOUNDATION, INC.
241 East Alter, Suite. B
P.O. Box 9138
Missoula, MT 59802-9138

By: _____
ELIZABETH L. GRIFFING

STIPULATED FACTS
PAGE 7