STEVE BULLOCK  
Montana Attorney General  
CHRIS D. TWEETEN  
Chief Civil Counsel  
ANTHONY JOHNSTONE  
Solicitor  
215 North Sanders  
P.O. Box 201401  
Helena, MT 59620-1401  
Telephone: (406) 444-2026  
Fax: (406) 444-3549  

COUNSEL FOR DEFENDANT  
  SECRETARY OF STATE  

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| STEVE KELLY and CLARICE DREYER, <br><br> Plaintiffs, <br><br> v. <br><br> LINDA MCCULLOCH, in his official capacity as Secretary of State of the State of Montana, <br><br> Defendant. | Cause No. CV-08-25-BU-SEH <br><br> **SECRETARY OF STATE'S CROSS-MOTION FOR SUMMARY JUDGMENT** |

The Secretary of State moves for summary judgment on all of Plaintiffs' claims.  See Fed. R. Civ. P. 56; 02/02/09 Order Granting Stipulated Motion for Briefing Schedule (Doc. 66).

1. Plaintiffs' claims are nonjusticiable on mootness and standing grounds because the election at issue has passed and Mr. Kelly has not been subject to the laws at issue.  Plaintiffs' claims also fail on the constitutional merits because Montana's ballot access laws in their entirety impose a reasonable burden on good faith candidates and serve important and compelling state interests.

2. For these reasons, as explained in the accompanying brief and supported by the pleadings, the discovery and disclosure materials on file, and accompanying affidavits, the Secretary of State respectfully requests the Court to render summary judgment against Plaintiffs on all claims.

3. Counsel for the Secretary of State has contacted counsel for the Plaintiffs and has been informed that Plaintiffs object to this motion.  See L.R. 7.1(j)(1).

Respectfully submitted this 1st day of May, 2009.

        STEVE BULLOCK
        Montana Attorney General
        215 North Sanders
        P.O. Box 201401
        Helena, MT 59620-1401


By: */s/  Anthony Johnstone*
    ANTHONY JOHNSTONE
    Solicitor

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2009, an accurate copy of the foregoing Defendant's Cross-Motion for Summary Judgment was served on the following persons by the following means:

 1, 2, 3      CM/ECF

    1    Clerk, U.S. District Court

    2    Mr. Bryan Sells
         Senior Staff Counsel
         Southern Regional ACLU
         230 Peachtree Street, N.W.
         Suite 1440
         Atlanta, GA 30303-1513

    3    Ms. Elizabeth L. Griffing
         American Civil Liberties Union of Montana Foundation, Inc.
         241 East Alter, Suite. B
         P.O. Box 9138
         Missoula, MT 59802-9138

DATED:  May 1, 2009              */s/ Anthony Johnstone*
                                                  ANTHONY JOHNSTONE
                                                  Assistant Attorney General
                                                  215 North Sanders
                                                  P.O. Box 201401
                                                  Helena, MT 59620-1401