UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

STEVE KELLY AND CLAIRICE DREYER,

            Plaintiffs,         JUDGMENT IN A CIVIL CASE

vs.

                                        CV-08-25-BU-SEH

LINDA McCULLOCH, in her official capacity
as Secretary of State of the State of Montana,

            Defendant.

__X___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered;

**(1)    Defendant's Motion for Summary Judgment is GRANTED.**

**(2)    Plaintiff's Motion for Summary Judgment is DENIED.**

                        **Dated this 3rd day of February, 2010.**

                                                            **Patrick E. Duffy**
                                                             **CLERK of COURT for the**
                                                             **DISTRICT OF MONTANA**


                                                             **___/s/ Erica Larson_____**
                                                             **By DEPUTY CLERK**