BRYAN SELLS
LAUGHLIN MCDONALD
American Civil Liberties Union Foundation, Inc.
230 Peachtree Street NW
Suite 1440
Atlanta, GA 30303
(404) 523-2721
(404) 653-0331 (fax)
bsells@aclu.org
lmcdonald@aclu.org

ELIZABETH L. GRIFFING
JENNIFER A. GIUTTIARI
American Civil Liberties Union
    of Montana Foundation, Inc.
241 E. Alder, Ste. B
P.O. Box 9138
Missoula, MT 59802
(406) 830-3009
betsyg@aclumontana.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| STEVE KELLY and CLARICE DREYER, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>LINDA McCULLOCH, in her official )<br>capacity as Secretary of State of the )<br>State of Montana, )<br>)<br>Defendant. ) | Case No. 2:08-cv-25-SEH |

**NOTICE OF APPEAL**

Notice is hereby given that Steve Kelly and Clarice Dreyer, plaintiffs

in the above named case, hereby appeal to the United States Court of

Appeals for the Ninth Circuit from the final judgment entered in this action on the 3rd day of February, 2010.

                                                  Respectfully submitted,

                                                  <u>/s/ Elizabeth L. Griffing</u>
                                                  ELIZABETH L. GRIFFING
                                                  JEN GIUTTARI
                                                  American Civil Liberties Union
                                                         of Montana Foundation, Inc.
                                                  P.O. Box 9138
                                                  241 E. Alder, Ste B.
                                                  Missoula, MT 59801
                                                  (406) 830-3009
                                                  betsyg@aclumontana.org
                                                  jeng@aclumontana.org

                                                  <u>/s/ Bryan Sells</u>
                                                  BRYAN SELLS
                                                  LAUGHLIN McDONALD
                                                  American Civil Liberties Union
                                                         Foundation, Inc.
                                                  Suite 1440
                                                  230 Peachtree Street, NW
                                                  Atlanta, GA 30303
                                                  (404) 523-2721
                                                  bsells@aclu.org