**FILED**

**NOT FOR PUBLICATION**

JAN 21 2011

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| STEVE KELLY; CLARICE DREYER, | No. 10-35174 |
|---|---|
| Plaintiffs - Appellants, | D.C. No. 2:08-cv-00025-SEH |
| v. | |
| LINDA McCULLOCH, in her official capacity as Secretary of State of the State of Montana, | O R D E R |
| Defendant - Appellee. | |

Before:   W. FLETCHER and FISHER, Circuit Judges, and JONES,[*] District Judge.

Appellants' motion for reassignment to a new district judge upon remand is hereby DENIED.

---

[*]The Honorable James P. Jones, United States District Judge for the Western District of Virginia, sitting by designation.