UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 01 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STEVE KELLY and CLARICE DREYER,<br><br>        Plaintiffs - Appellants,<br><br>v.<br><br>LINDA MCCULLOCH, in her official capacity as Secretary of State of the State of Montana,<br><br>        Defendant - Appellee. | No. 10-35174<br><br>D.C. No. 2:08-cv-00025-SEH<br>U.S. District Court for Montana, Butte<br><br>**MANDATE** |

The judgment of this Court, entered December 10, 2010, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are awarded to the Apellant in the amount of $460.50.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

Gabriela Van Allen
Deputy Clerk

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 01 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STEVE KELLY and CLARICE DREYER,<br><br>    Plaintiffs - Appellants,<br><br>v.<br><br>LINDA MCCULLOCH, in her official capacity as Secretary of State of the State of Montana,<br><br>    Defendant - Appellee. | No. 10-35174<br><br>D.C. No. 2:08-cv-00025-SEH<br>U.S. District Court for Montana, Butte<br><br>**MANDATE** |

The judgment of this Court, entered December 10, 2010, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

Gabriela Van Allen
Deputy Clerk