LAUGHLIN MCDONALD
American Civil Liberties Union Foundation, Inc.
230 Peachtree Street NW, Suite 1440
Atlanta, GA 30303
(404) 523-2721
(404) 653-0331 (fax)
lmcdonald@aclu.org

JENNIFER A. GIUTTARI
American Civil Liberties Union
    of Montana Foundation, Inc.
241 E. Alder, Ste. B
P.O. Box 9138
Missoula, MT 59802
(406) 830-3009
jeng@aclumontana.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| STEVE KELLY and CLARICE DREYER,<br>    Plaintiffs,<br><br>      v.<br><br>LINDA McCULLOCH, in her official capacity as Secretary of State of the State of Montana,<br>    Defendant. | )<br>)<br>)<br>)<br>)   Civil No. CV-08-25-BU-SEH<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the plaintiffs respectfully move the Court for summary judgment in their favor as set forth in the accompanying brief.

Respectfully submitted,

/s/ Jennifer Giutarri
JENNIFER GIUTTARI
American Civil Liberties Union
　　　of Montana Foundation, Inc.
P.O. Box 9138
241 E. Alder, Ste B.
Missoula, MT 59801
(406) 830-3009
jeng@aclumontana.org

/s/ Laughlin McDonald
LAUGHLIN McDONALD
American Civil Liberties Union
　　　Foundation, Inc.
Suite 1440
230 Peachtree Street, NW
Atlanta, GA 30303
(404) 523-2721
lmcdonald@aclu.org