STEVE BULLOCK
Montana Attorney General
JENNIFER ANDERS
Assistant Attorney General
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
Telephone: (406) 444-2026
Fax: (406) 444-3549
janders@mt.gov

COUNSEL FOR DEFENDANT
  SECRETARY OF STATE

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| STEVE KELLY and CLARICE DREYER,<br><br>　　　　Plaintiffs,<br>v.<br><br>LINDA MCCULLOCH, in her official capacity as Secretary of State of the State of Montana,<br><br>　　　　Defendant. | Cause No. CV-08-25-BU-SEH<br><br>**SECRETARY OF STATE'S CROSS-MOTION FOR SUMMARY JUDGMENT** |

The Secretary of State moves for summary judgment on all of Plaintiffs' claims. See Fed. R. Civ. P. 56; 11/02/11 Order Granting Joint Motion for Leave to Re-File Cross-Motions for Summary Judgment.

1. Plaintiffs' claims fail on the constitutional merits because Montana's ballot access laws in their entirety impose a reasonable burden on good faith candidates and serve important and compelling state interests.

2. For this reason, as explained in the accompanying brief and supported by the pleadings, the discovery and disclosure materials on file, and accompanying affidavits, the Secretary of State respectfully requests the Court to render summary judgment against Plaintiffs on all claims.

3. Counsel for the Secretary of State has contacted counsel for the Plaintiffs and has been informed that Plaintiffs object to this motion. See L.R. 7.1(j)(1).

Respectfully submitted this 22nd day of November, 2011.

> STEVE BULLOCK
> Montana Attorney General
> 215 North Sanders
> P.O. Box 201401
> Helena, MT 59620-1401
>
> By: /s/ *Jennifer Anders*
>   JENNIFER ANDERS
>   Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2011, an accurate copy of the foregoing Defendant's Cross-Motion for Summary Judgment was served on the following persons by the following means:

__1, 2, 3__     CM/ECF

> 1   Clerk, U.S. District Court
>
> 2   Mr. Laughlin McDonald
>     American Civil Liberties Union Foundation, Inc.
>     230 Peachtree Street, N.W.
>     Suite 1440
>     Atlanta, GA 30303-1513
>     lmcdonald@aclu.org
>
> 3   Ms. Jennifer Giuttari
>     American Civil Liberties Union of Montana Foundation, Inc.
>     241 East Alter, Suite. B
>     P.O. Box 9138
>     Missoula, MT 59802-9138
>     jgiuttari@aclumontana.org

DATED: November 22, 2011        /s/ *Jennifer Anders*
                                Jennifer Anders
                                Assistant Attorney General
                                215 North Sanders
                                P.O. Box 201401
                                Helena, MT 59620-1401