UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

STEVE KELLY AND CLARICE DREYER,

        Plaintiffs,

v.

LINDA McCULLOCH, in her official capacity as Secretary of State of the State of Montana,

        Defendant.

JUDGMENT IN A CIVIL CASE

CV-08-25-BU-SEH

_____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___X___ **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

**Judgment is found in favor of Plaintiff and against the Defendant in accordance with the Memorandum and Order filed May 25, 2012.**

Dated this 29th day of May, 2012.

        PATRICK E. DUFFY, CLERK

        By: __/s/ Erica Larson__
        Deputy Clerk