FILED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

2012 JUN 13 AM 8 25

BUTTE DIVISION

PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

| | |
|---|---|
| STEVE KELLY AND CLARICE DREYER,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>LINDA McCULLOCH, in her official capacity as Secretary of State of the State of Montana,<br><br>　　　　　Defendant. | No. CV-08-25-BU-SEH<br><br>ORDER |

Plaintiffs have moved for an award of costs and attorney's fees. Nothing in the motion indicates compliance with L.R. 7.1(c)(1).

ORDERED:

Plaintiffs' Motion for Costs and Attorney's Fees[1] is DENIED without prejudice for failure to comply with L.R. 7.1(c)(1). Plaintiffs may resubmit the motion in proper form.

DATED this 12th day of June, 2012.

　　　　　　　　　　　　　　　　　/s/ Sam E. Haddon
　　　　　　　　　　　　　　　　　SAM E. HADDON
　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Document 138