LAUGHLIN MCDONALD
American Civil Liberties Union Foundation, Inc.
230 Peachtree Street NW, Suite 1440
Atlanta, GA 30303
(404) 523-2721
lmcdonald@aclu.org

JON ELLINGSON
ACLU of Montana Foundation, Inc.
241 E. Alder, Ste. B
P.O. Box 9138
Missoula, MT 59802
(406) 830-3009
JonE@aclumontana.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | | |
|---|---|---|
| STEVE KELLY and CLARICE DREYER, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil No. CV-08-25-BU-SEH |
| LINDA McCULLOCH, in her official capacity as Secretary of State of the State of Montana, | ) ) ) ) | |
| Defendant. | ) ) | |

Plaintiffs' Unopposed Withdrawal of Their Motion for Costs and Attorney's Fees

    Plaintiffs hereby withdraw their Motion for Costs and Attorney's Fees (Doc.

#146).

Plaintiffs' counsel has contacted Defendant's counsel and has been advised that Defendant does not object to this withdrawal. In addition, the parties have agreed on a settlement of Plaintiffs' Motion for Costs and Attorney's Fees.

WHEREFORE, Plaintiffs hereby withdraw their Motion for Costs and Attorney's fees.

Respectfully submitted,

/s/Laughlin McDonald

_____

LAUGHLIN McDONALD
American Civil Liberties
Union Foundation, Inc.
230 Peachtree Street, NW
Suite 1440
Atlanta, GA 30303
(404) 523-2721
FAX: (404) 653-0331

JON ELLINGSON
ACLU of Montana Foundation, Inc.
241 E. Alder, Ste. B
P.O. Box 9138
Missoula, MT 59802
(406) 830-3009
JonE@aclumontana.org

Attorneys for Plaintiffs